# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DADRAIN DANTWONE BANKS,**
**#85008**                                                                     **PLAINTIFF**

**V.**               **CASE NO. 4:20-CV-834-JM-BD**

**FORD,** *et al.*                                                                    **DEFENDANTS**

## ORDER

On July 14, 2020, Dadrain Banks, an inmate at the Garland County Detention Facility, filed a complaint (Doc. No. 2) under 42 U.S.C. § 1983, without the help of a lawyer. All of Mr. Banks's claims arose from his time in the Garland County Detention Facility.

The Garland County Detention Facility is in Hot Springs, Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 15th day of July, 2020.

                                                                       _____
                                                                   UNITED STATES MAGISTRATE JUDGE